IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DOES                                                                                                              PLAINTIFFS

v.                                        CASE NO. 2:21-CV-00163-BSM

PALESTINE-WHEATLEY SCHOOL
DISTRICT *et al.*,                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE